UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GROUP INTELLECT POWER
TECHNOLOGY LTD, *et al.*,

                        Plaintiffs,

-v-

ANKERSLOT B.V., *et al.*,

                        Defendants.

25-CV-2687 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      A certificate of default was entered as to Defendants Ankerslot Group B.V., DEN Smart Home B.V., and DEN Smart Home Inc. on August 22, 2025. (ECF No. 44.) Plaintiffs have not moved for a default judgment.

      Plaintiffs are directed within 21 days of this order to file a status letter apprising the Court of the status of this case or to file a motion for default judgment.

      If Plaintiffs fail by November 10, 2025, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

      Plaintiffs are directed to serve a copy of this order by mail on Defendants.

      SO ORDERED.

Dated: October 20, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge