**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GROUP INTELLECT POWER TECHNOLOGY LTD and BRIGHTWORKS TECHNOLOGY, INC.<br><br>Plaintiffs,<br><br>- against -<br><br>ANKERSLOT GROUP B.V.,<br>DEN SMART HOME B.V., and<br>DEN SMART HOME INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No.: 1:25-CV-02687-JPO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFAULT JUDGMENT IN FAVOR OF PLAINTIFFS**
**GROUP INTELLECT POWER TECHNOLOGY LTD and BRIGHTWORKS**
**TECHNOLOGY, INC. AND AGAINST DEFENDANTS ANKERSLOT GROUP B.V.,**
**DEN SMART HOME B.V., and DEN SMART HOME INC.**

WHEREAS, the Clerk of Court entered a default in the above captioned action on August 22, 2025, and upon the reasons set forth in Plaintiffs Group Intellect Power Technology Limited ("GIPT") and Brightworks Technology, Inc.'s ("Brightworks") (together, the "Plaintiffs") motion for default judgment in the amount demanded under its agreement with Defendants Ankerslot Group B.V. ("Ankerslot"), DEN Smart Home B.V. ("DEN-Netherlands"), and DEN Smart Home Inc. ("DEN-USA") (collectively, the "Defendants"), including Defendants' failure to plead or otherwise defend in response to Plaintiffs' First Amended Complaint;

It is **ORDERED AND ADJUDGED** that, in accordance with Federal Rules of Civil Procedure 55 and Local Civil Rule 55.2(b), final judgment is entered in favor of GIPT and Brightworks and against Ankerslot, DEN-Netherlands, and DEN-USA, jointly and severally, in the amount of $376,348.68, plus continuing interest at the contractual rate of 1.5% until entry of a judgment, and interest at the statutory rate thereafter, as well as $524,780.14 in contract

damages plus statutory interest, totaling $901,128.82 plus interest.  Each party shall bear its own

costs and fees.

      SO ORDERED.

      Dated: February 12, 2026

                                   J. PAUL OETKEN
                             United States District Judge

So ordered.
The Clerk is directed to
close the motion at ECF
No. 47 and close this case.

2/12/2026

2